164 So.2d 360

Bentley B. BRYANT

v.

UNITED STATES FIDELITY AND GUARANTY COMPANY.

No. 47304.

June 8, 1964.

In re: Bentley B. Bryant applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Concordia. 163 So.2d 95.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

164 So.2d 361

The HIBERNIA NATIONAL BANK IN NEW ORLEANS

v.

James R. MARY.

No. 47298.

June 8, 1964.

In re: James R. and Jean Q. Mary applying for writs of certiorari, prohibition and mandamus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.